

# NUMBER 13-24-00416-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF J.J.G., A CHILD

---

## ON APPEAL FROM THE 449TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellant's motion to dismiss appeal. After this appeal was perfected, the circumstances surrounding the appeal changed causing the issues in this appeal to be rendered moot.

The Court, having considered appellant's motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to

1

dismiss is granted, and the appeal is hereby dismissed. Because the appeal is dismissed

at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
29th day of August, 2024.